**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

|  |  |
|---|---|
| Dr. H. Clifford Lane,<br><br>               Plaintiff,<br><br>     v.<br><br>Robert F. Kennedy, Jr., Secretary, *et al.*,<br><br>               Defendants. | Case No. |

**NOTICE OF REQUEST FOR SUMMONS**

Plaintiff hereby requests that the Court issue the attached summons in the above-captioned matter.

Respectfully submitted,

/s/ Daniel M. Rosenthal
Daniel M. Rosenthal (Bar No. 21101)
Olga M. Thall (Bar No. 18516)
*Charlotte H. Schwartz
James & Hoffman, P.C.
1629 K Street NW, Suite 1050
Washington, DC 20006
Tel: (202) 496-0500
Fax: (202) 496-0555
omthall@jamhoff.com
dmrosenthal@jamhoff.com
chschwartz@jamhoff.com

*Joshua M. Salzman
*Webb Lyons
Elena Goldstein (Bar No. 31738)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Facsimile: 202-796-4426

jsalzman@democracyforward.org
wlyons@c.democracyforward.org
egoldstein@democracyforward.org

*Applications and Motions for Pro Hac Vice Admission to be Filed*

Dated: May 28, 2026                    *Attorneys for Plaintiff*