**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

Dr. H. Clifford Lane,

                Plaintiff,

       v.

Robert F. Kennedy, Jr., Secretary, *et al.*,

                Defendants.

Case No. 26-2110

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's motion to waive the requirement under Local Rule 102.2(a) to provide his home address in the caption of the Complaint and the supporting memorandum of law,

It is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.

SO ORDERED this _____ day of _____, 2026.

_____
Honorable Paula Xinis
United States District Judge

1