AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| Dr. H Clifford Lane | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-cv-2110 |
| Robert F. Kennedy, Jr., Secretary, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

National Institutes of Health
900 Rockville Pike
Bethesda, Maryland 20892

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel M. Rosenthal
James & Hoffman, P.C.
1629 K Street NW, Suite 1050
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

United States District Court For The District Of Maryland

Brian Ames

Date: 05/28/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-cv-2110

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* National Institutes of Health

was received by me on *(date)* 05/28/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kamelia Kirtz , who is designated by law to accept service of process on behalf of *(name of organization)* National Institutes of Health on *(date)* 07/06/2026 ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ 11.87 for services, for a total of $ 11.87 .

I declare under penalty of perjury that this information is true.

Date: 07/15/2026

Gabriella F. Stanley

*Server's signature*

Gabriella F. Stanley, Legal Administrative Assistant

*Printed name and title*

James & Hoffman, P.C.
1629 K Street NW, Suite 1050
Washington, DC 20006

*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset