**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

Dr. H. Clifford Lane,

Plaintiff,

v.

Robert F. Kennedy, Jr., Secretary, *et al.*,

Defendants.

Case No. 26-2110

## AFFIDAVIT OF SERVICE

The undersigned counsel hereby certifies that service of the summons, complaint, and civil cover sheet were sent to the National Institutes of Health via certified mail, return service requested, upon:

National Institutes of Health
200 Independence Ave., SW
Washington, DC 20201-0004

The United States Post Office confirmed service via certified mail at 9:31 a.m. on July 6, 2026, with Tracking Number: 70110470000315758818. *See* Exhibit A.

I DO SOLEMLY DECLARE AND AFFIRM UNDER PENALTY OF PERJURY THAT THE CONTENTS OF THIS DOCUMENT ARE TRUE AND CORRECT.

Respectfully submitted,

/s/ Daniel M. Rosenthal
Daniel M. Rosenthal
Olga M. Thall
Charlotte H. Schwartz
James & Hoffman, P.C.
1629 K Street NW, Suite 1050
Washington, DC 20006
Tel: (202) 496-0500
Fax: (202) 496-0555

dmrosenthal@jamhoff.com
omthall@jamhoff.com
chschwartz@jamhoff.com

Dated: July 15, 2026

*Attorneys for Plaintiff*