# Exhibit A

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Institutes of Health
200 Independence Ave, SW
Washington, DC 20201-0004

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [illegible] ☑ Agent ☐ Addressee

B. Received by (*Printed Name*) K. Kirtz

C. Date of Delivery 7/6/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 0470 0003 1575 8818

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

CAPITAL DISTRICT 208

8 JUL 2026 PM 4 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Daniel M. Rosenthal
James & Hoffman, P.C.
1629 K street NW, Suite 1050
Washington, DC 20006

006-171350

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

WASHINGTON SQUARE
JUL 2026
WASHINGTON, DC

7011 0470 0003 1575 8818

Sent To National Instituves of Health

Street, Apt. No.; or PO Box No. 200 Independence Ave, SW

City, State, ZIP+4 Washington, DC 20201-0004

PS Form 3800, August 2006 See Reverse for Instructions