AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| Dr. H. Clifford Lane<br>*Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-2110 |
| Robert F. Kennedy, Jr., Secretary, et al.,<br>*Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

National Institutes of Health
9000 Rockville Pike
Bethesda, Maryland 20892

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel M. Rosenthal
James & Hoffman, P.C.
1629 K Street NW, Suite 1050
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/27/2026

*Signature of Clerk or Deputy Clerk*

United States District Court For The District Of Maryland

Brian Ames

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

Dr. H. Clifford Lane

*Plaintiff(s)*

v.

Robert F. Kennedy, Jr., Secretary, et al.,

*Defendant(s)*

Civil Action No. 26-2110

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

National Institute of Allergy and Infectious Diseases
5601 Fishers Lane
Rockville, MD 20892

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel M. Rosenthal
James & Hoffman, P.C.
1629 K Street NW, Suite 1050
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/27/2026

United States District Court For The District Of Maryland

Brian Ames

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| Dr. H. Clifford Lane<br>*Plaintiff(s)*<br>v.<br>Robert F. Kennedy, Jr., Secretary, et al.,<br>*Defendant(s)* | ) | Civil Action No. 26-2110 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

John H. Powers III
National Institute of Allergy and Infectious Diseases
5601 Fishers Lane
Rockville, MD 20892

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel M. Rosenthal
James & Hoffman, P.C.
1629 K Street NW, Suite 1050
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/27/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| Dr. H. Clifford Lane<br>*Plaintiff(s)*<br>v.<br>Robert F. Kennedy, Jr., Secretary, et al.,<br>*Defendant(s)* | ) | Civil Action No. 26-2110 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Jayanta Bhattacharya
National Institues of Health
9000 Rockville Pike
Bethesda, Maryland 20892

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel M. Rosenthal
James & Hoffman, P.C.
1629 K Street NW, Suite 1050
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLEDK OF COURT*

Date: 07/27/2026

United States District Court For The District Of Maryland

Brian Ames

*Signature of Clerk or Deputy Clerk*