# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Dr. H. Clifford Lane<br>Plaintiff<br><br>vs<br><br>Robert F. Kennedy, Jr., Secretary, et al.<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 26-cv-2110 |

## AFFIDAVIT OF MAILING SERVICE

I, Rita Berzins, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Rita Berzins, certify that on 08/07/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Summons & Complaint, MOTION TO WAIVE LOCAL RULE 102.2(a) REQUIREMENT TO PROVIDE PLAINTIFF'S ADDRESS IN COMPLAINT CAPTION, MEMORANDUM IN SUPPORT OF MOTION TO WAIVE LOCAL RULE 102.2(a) REQUIREMENT TO PROVIDE PLAINTIFF'S ADDRESS IN COMPLAINT CAPTION** upon the within named **National Institutes of Health c/o U.S. Department of Health and Human Services, Office of the General Counsel**, in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402836208551274995629 with Return Receipt . The sealed envelope was signed for on **08/10/2026 .** (Exhibit A)

Addressed As Follows: **National Institutes of Health c/o U.S. Department of Health and Human Services, Office of the General Counsel, 200 Independence Ave. SW, Washington, DC 20201**

**See Attached Signed Copy of Receipt. (Exhibit A)**

I, Rita Berzins, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

8/10/2026
*Date*

88598

Rita Berzins

**Rita L. Berzins**
P.O. Box 18647
Washington, DC 20036
202-296-0222

Civil Action No. 26-cv-2110

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* National Institutes of Health c/o U.S. Department of Health and Human Services, Office of the General Counsel

was received by me on *(date)* 8/7/2026 .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
__________ , __________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)*
__________ on *(date)* __________ ; or

I returned the summons unexecuted because __________ ; or

☐ Other *(specify)*: **Mailed by Certified Mail 9402836208551274995629 to 200 Independence Ave. SW, Washington, DC 20201 on 08/07/2026. Service was signed for on 08/10/2026. (See Exhibit A)**

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: 8/10/2026

Rita Berzins
*Server's signature*

88598

Rita L. Berzins, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons & Complaint, MOTION TO WAIVE LOCAL RULE 102.2(a) REQUIREMENT TO PROVIDE PLAINTIFF'S ADDRESS IN COMPLAINT CAPTION, MEMORANDUM IN SUPPORT OF MOTION TO WAIVE LOCAL RULE 102.2(a) REQUIREMENT TO PROVIDE PLAINTIFF'S ADDRESS IN COMPLAINT CAPTION

UNITED STATES POSTAL SERVICE®

August 10, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1274 9956 29**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | August 10, 2026, 09:39 am |
| **Location:** | WASHINGTON, DC 20201 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic<br>Up to $100 insurance included |
| **Recipient Name:** | OFFICE OF THE GENERAL COUNSEL |

| Recipient Signature | |
|---|---|
| **Signature of Recipient:** | W. Wilson<br>W. Wilson |
| **Address of Recipient:** | HHS<br>20201 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Office of the General Counsel
US Dept. of Health & Human Services
200 Independence Avenue, SW
Washington, DC 20201
Reference #: 88598
Item ID: 88598

EXHIBIT A