# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
Paula Xinis
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD 20770
(301) 344-0653

## LETTER ORDER REGARDING THE FILING OF DISCOVERY MOTIONS

To promote the just, speedy, and inexpensive resolution of this case, *see* Fed. R. Civ. P. 1, the following procedure will be followed with respect to the filing of **discovery motions** (such as motions to compel, motions for a protective order, or motions seeking the imposition of sanctions). Any party wishing to file such a motion must first serve on all parties a letter (not to exceed three pages, single spaced) that describes the discovery dispute(s) and the movant's position with the factual and legal support for it. The nonmovant(s) shall next respond to the movant's the letter within two business days. If the parties cannot resolve the dispute through a **good-faith meet and confer**, the movant shall file a **motion** with the Court, not to exceed five single-spaced pages, outlining the discovery dispute and the parties' respective positions. If the dispute involves paper discovery, the movant shall attach such discovery as an exhibit. I will schedule an expedited telephone conference (usually within a week) to discuss the requested motion and to determine whether the issues may be resolved or otherwise addressed without the need for formal briefing. The telephone conference does <u>not</u> take the place of the parties' obligation to meet and confer under the Federal Rules of Civil Procedure to attempt resolution of the issues without Court involvement.

If I determine that the issues may not be resolved during the telephone call, I will consult with you to set a reasonable briefing schedule. If the letter described above is filed within the time allowed by the Federal Rules of Civil Procedure, Local Rules of Court, or any order issued by me in which to file the motion that the letter addresses, the time for filing the motion will be tolled to permit the scheduling of the telephone conference without the need to request an extension of time.

Although informal, this is an Order of the Court and shall be docketed as such.

Date: September 16, 2026

/S/
PAULA XINIS
United States District Judge